# MEMORANDUM DECISIONS

---

CITY OF OMAHA v. OMAHA WATER CO. (four cases). (Circuit Court of Appeals, Eighth Circuit. March 6, 1911.) Nos. 3,535–3,538. In Error to the Circuit Court of the United States for the District of Nebraska. See, also, 147 Fed. 1, 77 C. C. A. 267, 12 L. R. A. (N. S.) 736; 156 Fed. 922, 85 C. C. A. 54. John Lee Webster, for plaintiff in error. John F. Stout, Howard Mansfield, and Herbert C. Lakin, for defendant in error.

PER CURIAM. Dismissed, without costs to either party in this court, per stipulation.

---

COFFIN et al. v. HARRIS–WOODBURY LUMBER CO. (Circuit Court of Appeals, Fourth Circuit. June 14, 1911.) No. 1,013. Appeal from the Circuit Court of the United States for the Western District of North Carolina, at Asheville. Allan D. Cole (William P. Bynum, R. C. Strudwick, and E. J. Justice, on the brief), for appellants. James H. Merrimon and Coleman C. Cowan, for appellee. Before GOFF, Circuit Judge, and WADDILL and ROSE, District Judges.

PER CURIAM. In the court below this case was referred to a special master by an order entered with the consent of the parties. The master heard the evidence, found the facts, and applied the law applicable thereto. His report, with the exceptions filed by the defendants below to the same, were duly considered, the latter found to be without merit, the former being confirmed. 179 Fed. 257. We have simply to determine whether the said report, on which the decree appealed from is based, was supported by the evidence taken by the master, whose conclusions, approved of by the court below, will not be set aside, unless it plainly appears that a mistake was made in the consideration of the evidence. Our examination of the record satisfies us that the report made by the master was fully justified by the evidence, and that the decree of the court below is without error. Affirmed.